1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11    JAMES EVERETT DUNN, JR.,                Case No. 2:19-cv-00510-RFB-DJA

12              Petitioner,                   **ORDER**

13        v.

14    BRIAN WILLIAMS,

15              Respondent.

16

17        Petitioner has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C.

18    § 2241 (ECF No. 8).  The Court has reviewed the petition, and the Court will serve the petition

19    upon Respondent for a response.

20        The Court notes again that Petitioner challenges the validity of a detainer placed by the

21    State of Indiana for a criminal case in Marion County.  It is possible that a more suitable forum is

22    the United States District Court for the Southern District of Indiana.  See Braden v. 30th Judicial

23    Circuit Court, 410 U.S. 484, 499 n.15 (1973) (discussing possibility of concurrent habeas

24    jurisdiction).

25        **IT IS THEREFORE ORDERED** that the Clerk shall add Aaron Ford, Attorney General

26    for the State of Nevada, as counsel for respondent.

27    ///

28    ///

                                                1

1    **IT IS FURTHER ORDERED** that the Clerk shall electronically serve upon respondent a

2    copy of the amended petition (ECF No. 8) and this order.  In addition, the Clerk shall return to

3    Petitioner a copy of the amended petition.

4    **IT IS FURTHER ORDERED** that Respondent will have forty-five (45) days from the

5    date on which the amended petition was served to answer or otherwise respond to the petition.

6    **IT IS FURTHER ORDERED** that if Respondent files and serves an answer, then

7    Petitioner then will have forty-five (45) days from the date on which the answer is served to file a

8    reply.

9    **IT IS FURTHER ORDERED** that if Respondent files a motion, then Petitioner will have

10    forty-five (45) days to file a response to the motion, and Respondent will have twenty-one (21)

11    days from the date of filing of the response to file a reply.

12    **IT IS FURTHER ORDERED** that, notwithstanding Local Rule LR IC 2-2(g), paper

13    copies of any electronically filed exhibits need not be provided to chambers or to the staff

14    attorney, unless later directed by the Court.

15    DATED: October 4, 2019 .

16

17    **RICHARD F. BOULWARE, II**
      **United States District Judge**

18

19

20

21

22

23

24

25

26

27

28

2